UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANSON WILLIAM HAMM,<br><br>                Plaintiff,<br><br>  v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS ISRB ,<br><br>                Defendant. | CASE NO. 3:20-cv-05951-JLR-BAT<br><br>**ORDER DISMISSING CASE** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed with prejudice

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this   1st   day of   December  , 2020.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING CASE - 1